UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>JAMAL LATEEF HENDERSON,<br><br>      Defendant. | CASE NO.  06-301M<br><br>DETENTION ORDER |

Offenses charged:

Count I:  Possession with Intent to Distribute Cocaine Base.

Count II:  Possession with Intent to Distribute Cocaine.

<u>Date of Detention Hearing</u>:  June 20, 2006.

      The Court, having conducted a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Andrew Friedman.  The defendant was represented by Jennifer Wellman.

      <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

      (1)    There is probable cause to believe the defendant committed the conspiracy drug offense.  The maximum penalty is in excess of ten years.  There is therefore a rebuttable presumption against the  defendant's

| | | |
|---|---|---|
| 1 | | release based upon both dangerousness and flight risk, under Title 18 |
| 2 | | U.S.C. § 3142(e). |
| 3 | (2) | Nothing in this record satisfactorily rebuts the presumption against |
| 4 | | release for the following reasons: |
| 5 | | The defendant represents a risk of danger due to his lack of stable |
| 6 | | employment or job skills.  The Government's case ties him to |
| 7 | | possession of 3 kilograms of cocaine and a smaller quantity of |
| 8 | | cocaine base.  The case arose when he allegedly burglarized his |
| 9 | | girlfriend's home, prevented her from calling for help by use of |
| 10 | | the telephone, restrained her and then fled.  He was found in a |
| 11 | | tree  by a tracking canine. |
| 12 | (3) | Based upon the foregoing information, it appears that there is no |
| 13 | | condition or combination of conditions that would reasonably assure |
| 14 | | future Court appearances and/or the safety of other persons or the |
| 15 | | community. |

**It is therefore ORDERED**:

(l) The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court

1  proceeding; and

2  (4)  The clerk shall direct copies of this order to counsel for the United
3  States, to counsel for the defendant, to the United States Marshal, and to
4  the United States Pretrial Services Officer.

5  DATED this 20th day of June, 2006.

*[signature]*

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -3-