JUDGE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 06-231 TSZ |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | STIPULATED MOTION TO CONTINUE |
| vs. | ) | TRIAL DATE AND EXTEND TIME FOR |
| | ) | PRETRIAL MOTIONS |
| JAMAL LATEEF HENDERSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

THE COURT having considered the stipulated motion of the parties to continue the trial date and extend the due date of the pretrial motions, and the records and files herein, the Court hereby makes the following findings:

1.    The Court finds that a failure to grant the continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2.    The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to ensure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date be continued from September 11, 2006, to October 16, 2006.

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL & EXTEND PTM's DUE DATE
(*Jamal Henderson*; #06-231TSZ)                    1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1    IT IS FURTHER ORDERED that pretrial motions be due September 21, 2006.

2    IT IS FURTHER ORDERED that the period of time from the current trial date of

3  September 11, 2006, up to and including the new proposed trial date of October 16, 2006, shall

4  be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

5    DONE this 22nd day of August, 2006.

6

7

8    Thomas S. Zilly
     United States District Judge
9

10  Presented by:

11

12  s/  Jennifer E. Wellman
     WSBA #  29193
13   Attorney for Jamal Lateef Henderson
     Federal Public Defender's Office
14   1601 Fifth Avenue, Suite 700
     Seattle, WA    98101
15   Phone:    (206) 553-1100
     Fax:       (206) 553-0120
16   jennifer_wellman@fd.org

17  s/  Andrew Friedman
     Assistant United States Attorney
18   *Telephonic  Approval*

19

20

21

22

23

24

25

26

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL & EXTEND PTM's DUE DATE
(*Jamal Henderson*;  #06-231TSZ)                    2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**