Judge Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMAL L. HENDERSON, )<br>)<br>Defendant. )<br>_____ ) | NO. CR06-0231Z<br><br>ORDER CONTINUING TRIAL |

The Court having conducted a hearing concerning scheduling in this case, at which the Government, Defendant, JAMAL L. HENDERSON, and defense counsel, Allen R. Bentley, all were present;

THE COURT FINDS that Defendant was indicted on July 6, 2006, and charged with Possession with Intent to Distribute Cocaine Base and Possession with Intent to Distribute Cocaine;

THE COURT FURTHER FINDS that Defendant's original counsel moved to withdraw on September 18, 2006, based upon a breakdown in communication between Defendant and that counsel;

THE COURT FURTHER FINDS that the Court granted that motion and that Allen R. Bentley subsequently was appointed to represent Defendant;

THE COURT FURTHER FINDS that the Court conducted a hearing on October 5, 2006, at which Mr. Bentley indicated that he required additional time beyond the then-scheduled trial date of October 16, 2006, in order to investigate this case adequately and to represent Defendant effectively;

PROPOSED ORDER CONTINUING TRIAL/HENDERSON
(CR06-0231Z) - 1

UNITED STATES ATTORNEY
700 STEWART STREET STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  THE COURT FURTHER FINDS that Defendant represented orally at that hearing
2 that Defendant was willing to waive his right to a speedy trial through December 4, 2006,
3 and that Defendant has filed a waiver of his right to a speedy trial through that date; and

4  THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the
5 ends of justice served by continuing the trial in this case outweigh the interest of the public
6 and of the Defendant in a more speedy trial.

7  IT IS, THEREFORE, ORDERED that the trial in this case shall be continued until
8 December 4, 2006, and that the period of time from October 16, 2006, up to and including
9 December 4, 2006, shall be excludable time under 18 U.S.C. § 3161(h)(8)(A); and

10  IT IS FURTHER ORDERED that the deadline for filing pretrial motions in this case
11 shall be November 6, 2006.

12  DONE this 17th day of October, 2006.

13
14  _____
      Thomas S. Zilly
15    United States District Judge

16 Presented by:

17 /s/Andrew C. Friedman
18 ANDREW C. FRIEDMAN
   Assistant United States Attorney
19 United States Attorney's Office
   700 Stewart Street, Suite 5220
20 Seattle, WA 98101-3903
21 Telephone:   (206) 553-7970
   Fax:         (206) 553-0755
22 E-mail:      Andrew.Friedman@usdoj.gov

23 /s/Allen R. Bentley
24 ALLEN R. BENTLEY
   Attorney for Jamal L. Henderson
25 1111 Third Avenue, Suite 2200
   Seattle, Washington 98101-3207
26
27
28

PROPOSED ORDER CONTINUING TRIAL/HENDERSON
(CR06-0231Z) - 2

UNITED STATES ATTORNEY
700 STEWART STREET STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970