Judge Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR06-0231JLR |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER CONTINUING TRIAL |
| ) | |
| JAMAL L. HENDERSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Court having conducted a pre-trial conference on November 29, 2006, in this case at which the Government, defendant, JAMAL L. HENDERSON, and defense counsel, Allen R. Bentley, all were present;

THE COURT FINDS that defendant originally was indicted on July 6, 2006, and charged with possession with intent to distribute cocaine base and possession with intent to distribute cocaine;

THE COURT FURTHER FINDS that, following original defense counsel's motion to withdraw, Allen Bentley was appointed to represent Mr. Henderson on September 22, 2006;

THE COURT FURTHER FINDS that trial in this case was scheduled to commence on December 4, 2006;

1  THE COURT FURTHER FINDS that, at the pre-trial conference, Mr. Bentley
2  represented that he recently has determined that he wishes to retain a dog-track expert,
3  and that such an expert would be important to the defense in this case;
4  THE COURT FURTHER FINDS that Mr. Bentley has subpoenaed records from
5  the Seattle Police Department that Mr. Bentley believes are important to the defense in
6  this case, and that Mr. Bentley will require time to analyze those records once he receives
7  them;
8  THE COURT FURTHER FINDS that Mr. Henderson represented orally at that
9  hearing that he was willing to waive his right to a speedy trial, and has filed a waiver of
10 his right to a speedy trial through March 31, 2007; and
11 THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the
12 ends of justice served by continuing the trial in this case outweigh the interest of the
13 public and of the defendant in a more speedy trial.
14 ///
15 ///
16 ///


THE COURT FURTHER FINDS that, at the pre-trial conference, Mr. Bentley represented that he recently has determined that he wishes to retain a dog-track expert, and that such an expert would be important to the defense in this case;

THE COURT FURTHER FINDS that Mr. Bentley has subpoenaed records from the Seattle Police Department that Mr. Bentley believes are important to the defense in this case, and that Mr. Bentley will require time to analyze those records once he receives them;

THE COURT FURTHER FINDS that Mr. Henderson represented orally at that hearing that he was willing to waive his right to a speedy trial, and has filed a waiver of his right to a speedy trial through March 31, 2007; and

THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the defendant in a more speedy trial.

///
///
///

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1   IT IS THEREFORE ORDERED that the trial in this case be continued until
2   February 6, 2007, and that the period of time from December 4, 2006, up to and including
3   February 6, 2007, be excludable time under 18 U.S.C. § 3161(h)(8)(A).
4   DONE this 4th day of December, 2006.

5

6

7   _____
8   JAMES L. ROBART
    United States District Judge
9

10  Presented by:

11  /s/Andrew C. Friedman
    ANDREW C. FRIEDMAN
12  Assistant United States Attorney

13

14  /s/James Oesterle
15  JAMES OESTERLE
    Assistant United States Attorney
16

17  United States Attorney's Office
    700 Stewart Street, Suite 5220
18  Seattle, WA 98101-3903
19  Telephone:   (206) 553-7970
    Fax:         (206) 553-0755
20  E-mail:      Andrew.Friedman@usdoj.gov
21               Jim.Oesterle@usdoj.gov

22

23  /s/Allen R. Bentley
    ALLEN R. BENTLEY
24  Attorney for Jamal L. Henderson

25
    1111 Third Avenue, Suite 2200
26  Seattle, Washington 98101-3207
27  Telephone:   (206) 343-9391
    Fax:         (206) 682-3746
28  E-mail:      abentley@concentric.net